July 02, 2004

Mr. William D. Noel
8200 Wednesbury Lane, Suite 420
Houston, TX 77074-2925
Mr. Thomas E. Sheffield
3027 Marina Bay Drive, Suite 207
League City, TX 77573

RE: Case Number: 02-0216
 Court of Appeals Number: 01-99-00959-CV
 Trial Court Number: 14,647

Style: KUTACH FAMILY TRUST, DARRYL WAYNE KUTACH, TRUSTEE
 v.
 SAN JACINTO GAS TRANSMISSION COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause. One majority opinion and one
concurring opinion issued for consolidated cases 02-0213, 02-0214, 02-0215,
02-0216, 02-0217, 02-0320, 02-0321, 02-0326, and 02-0356. (Justice O'Neill
and Justice Schneider not sitting.)

 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Margie |
| |Thompson |
| |Ms. Dianne Wilson |